# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 748 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE ORPHANS' COURT PROCEDURAL RULES COMMITTEE | : | SUPREME COURT RULES DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of October, 2017, Wayne M. Pecht, Esquire, is designated as Chair, and Charles J. Avalli, Esquire, as Vice-Chair, of the Orphans' Court Procedural Rules Committee, commencing January 1, 2018.